| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Axel H. Richter  (SBN 87301)<br>Law Offices of Axel H. Richter<br>11949 W. Jefferson Blvd., Suite 107<br>Los Angeles, CA 90230<br>Ph. 310-302-0069   Fax 310-302-0098<br>E-mail: arichterlaw@yahoo.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 08 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |
|---|---|
| ☐ Chapter 13 Trustee<br>☒ Attorney for:  Debtor | **CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>RAFAEL A GONZALEZ<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER:  2:19-bk-10974-NB<br>CHAPTER 13<br><br>**ORDER ☒ GRANTING    ☐ DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
|---|---|
| | ☒  No hearing held<br>☐  Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on (*date*) ~~9/10/2024~~ <u>12/17/24</u> as docket number <u>93</u>, the court orders as follows:

//

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                        Page 1                                        F 3015-1.12.ORDER.CH13.FEES

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of $3,840.00 as compensation for Additional Services and the sum of $0.00 in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $3,840.00 from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: (*date*) _____ at (*time*) _____.

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (*specify*):

###

Date: January 8, 2025

*/s/ Neil W. Bason/*
Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                               Page 2                          F 3015-1.12.ORDER.CH13.FEES